AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Carol DiPina

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number:

I, Ms. DiPina, charged in a (complaint) (petition) pending in this District with HC Fraud, Dist. of Cont Subst. in violation of Title 18, 21, U.S.C., 1347, 371, 841(a), 846, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

x Carol M DePina
Defendant

1-29-8
Date

[signature]
Counsel for Defendant