IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 08 36 ML |
| v. | ) | CR: |
| | ) | In violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) & 846, and 18 U.S.C. §§ 2, 371, & 1347. |
| CAROL M. DIPINA, alias CAROL SHEED | ) | |

INFORMATION

The United States Attorney charges that:

COUNT I

From in or about January 2001 up to and including on or about January 29, 2008, in the District of Rhode Island, the defendant, CAROL M. DIPINA, alias CAROL SHEED, did knowingly, intentionally, and wilfully combine, conspire, confederate, and agree with others known and unknown to the grand jury to knowingly and intentionally distribute, and to possess with intent to distribute, a mixture and substance containing a detectable amount of Oxycodone, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C),

in violation of 21 U.S.C. § 846.

COUNT II

From in or about January 2001 up to and including on or about January 29, 2008, in the District of Rhode Island, the defendant, CAROL M. DIPINA, did knowingly, intentionally, and

wilfully combine, conspire, confederate, and agree with others known and unknown to the grand jury to knowingly and intentionally defraud health care benefit programs, to wit Rhode Island Medical Assistance Program ("Medicaid") and Blue Cross Blue Shield of Rhode Island ("BCBS"), in connection with the payment for health care benefits, items, and services, in the approximate amount of $137,842.00, in that the defendant and others who combined and conspired with her, falsely represented to Medicaid and BCBS that customers obtained legitimate prescriptions for Oxycodone (including the brand Oxycontin), Hydrocodone (including the brand Vicodin), Insulin (including the brand Humulin), and other prescription medications, when in fact, the prescriptions were forged, obtained under false pretenses, and the medications were distributed to individuals other than the intended beneficiaries, in violation of 18 U.S.C. §§ 2, 1347.

<u>Overt Acts</u>

In furtherance of the conspiracy and to accomplish its objectives and purposes, the defendant CAROL M. DIPINA, alias CAROL SHEED, and others known and unknown to the Grand Jury, in the District of Rhode Island and elsewhere, performed numerous overt acts, including but not limited to:

1. In September 2007, the defendant CAROL M. DIPINA, alias CAROL SHEED, forged a prescription for Oxycontin for a beneficiary with the initials JS and a prescription for Vicodin for a beneficiary with the initials AR. Said prescriptions were

written on Rhode Island Hospital prescription paper.

2. In September 2007, the defendant, CAROL M. DIPINA, alias CAROL SHEED, gave said prescriptions to a co-conspirator who is known to the United States Attorney, and instructed said co-conspirator to fill out said prescriptions at a pharmacy in Rhode Island.

3. On or about December 17, 2007, the defendant, CAROL M. DIPINA, alias CAROL SHEED, agreed to obtain Oxycontin for a customer in exchange for U.S. Currency.

4. On or about December 17, 2007, CAROL M. DIPINA, alias CAROL SHEED, retrieved a Rhode Island Hospital prescription pad from a location inside her apartment and forged a prescription for Oxycontin in the name of a BCBS beneficiary with initials TG.

5. The defendant, CAROL M. DIPINA, alias CAROL SHEED, then instructed two individuals to take said prescription to a Walmart pharmacy located in the District of Rhode Island in order to obtain Oxycontin.

6. As a result, said prescription was filled out at a Walmart pharmacy and BCBS RiteCare paid $580.09 for said prescription.

7. On or about December 9, 2007, the Defendant, CAROL M. DIPINA, alias CAROL SHEED, forged a prescription for Humulin under her name, which prescription was filled out at a Walgreens Pharmacy in the District of Rhode Island. The defendant provided her Medicaid ID number, thereby causing Medicaid to pay $69.40

for this prescription.

8. On or about January 29, 2008, two boxes labeled Humulin 70/30 insulin with the name of CAROL SHEED on them, in addition to a box of insulin syringes with the name CAROL SHEED, were found inside the residence of a co-conspirator known to the United States Attorney.

All in violation of 18 U.S.C. § 371.

COUNT III

On or about December 17, 2007, in the District of Rhode Island, the defendant, CAROL M. DIPINA, did knowingly and intentionally possess with intent to distribute, and attempt to possess with intent to distribute, a mixture and substance containing a detectable amount of Oxycodone, a Schedule II Controlled Substance,

in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) and 18 U.S.C. § 2.

COUNT IV

On or about December 17, 2007, in the District of Rhode Island, the defendant, CAROL M. DIPINA, did knowingly and intentionally defraud and attempted to defraud, a health care benefit program, to wit Blue Cross Blue Shield of Rhode Island, in connection with the payment for health care benefits, items, and services, in the approximate amount of $580.09, in that the defendant caused a false and fraudulent representation to be made

to Blue Cross Blue Shield of Rhode Island (Ritecare) that a beneficiary with initials TG obtained a legitimate prescription for Oxycontin, knowing said prescription to be forged, and knowing that the Oxycontin was not intended for TG,

in violation of 18 U.S.C. §§ 2, 1347.

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

for STEPHEN G. DAMBRUCH
CHIEF, CRIMINAL DIVISION

Dated: 4/11/08