**ATTACHMENT TO DEFENDANT INDICTMENT RELATIVE TO A CRIMINAL ACTION IN U.S. DISTRICT COURT**

**CAROL DIPINA, Alias Carol Sheed**

**COUNT I (18 U.S.C. § 846)** Conspiring to distribute and posses with intent to distribute oxycodone, a Schedule II controlled substance

PENALTIES: 20 years imprisonment; a fine of up to $1,000,000; a term of supervised release of at least 3 years and up to life; and a mandatory special assessment of $100.00.

**COUNT II (18 U.S.C. § 371)** Conspiracy to commit health care fraud

PENALTIES: 5 years imprisonment; a fine of up to $250,000; a term of supervised release of up to 3 years; and a mandatory special assessment of $100.00.

**COUNT III (21 U.S.C. § 841(a)(1) & (b)(1)(C))** Attempted possession with intent to distribute oxycodone, a Schedule II controlled substance

PENALTIES: 20 years imprisonment; a fine of up to $1,000,000; a term of supervised release of 3 years to life; and a mandatory special assessment of $100.00.

**COUNT IV (18 U.S.C. § 1347) Health Care Fraud**

PENALTIES: 10 years imprisonment; a fine up to $250,000 or twice the gain or loss from the offense, whichever is greater; a term of supervised release up to 3 years; and a mandatory special assessment of $100.00.