O AO 455 (Rev. 5/85) Waiver of Indictment

RECEIVED

# UNITED STATES DISTRICT COURT

APR 11 2008

DISTRICT OF RHODE ISLAND

U.S. DISTRICT COURT
DISTRICT OF R.I.

UNITED STATES OF AMERICA
V.
CAROL M. DIPINA, alias
Carol Sheed

## WAIVER OF INDICTMENT

CASE NUMBER: CR 08 36ML

I, CAROL M. DiPINA, Alias Carol Sheed, the above named defendant, who is accused of health care fraud and conspiracy to commit health care fraud, distribution of controlled substance and conspiracy to distribute controlled substance.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4/16/08 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Carol M DiPina

CAROL M. DiPINA,Alias Carol Sheed
Defendant

KEVIN FITZGERALD
Counsel for Defendant

Before David L Martin
Judicial Officer
USMJ