IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 08-36ML |
| v. | ) | |
| | ) | |
| CAROL M. DIPINA, | ) | |
| alias CAROL SHEED | ) | |

**MOTION TO WITHDRAW PLEA AGREEMENT**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Adi Goldstein, Assistant United States Attorney, and moves that the plea agreement that was filed on April 11, 2008, be withdrawn and replaced with the plea agreement filed concurrently with this motion. This motion is assented to by the defendant.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney