UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR 08-0036 ML |
| | ) | |
| CAROL DIPINA | ) | |

---

MOTION TO CONTINUE SENTENCING

Now comes Carol DiPina, the Defendant in the above captioned matter, and moves this Honorable Court to continue the sentencing date, presently September 5, 2008, for a period of one month. Ms. DiPina submits the attached memorandum in support of this request.

Respectfully submitted
Carol DiPina
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Adi Goldstein, Assistant United States Attorney, on August 26, 2008.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR 08-0036 ML |
| | ) | |
| CAROL DIPINA | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE SENTENCING

Ms. DiPina has moved this Honorable Court to continue his sentencing. The defense asks for this continuance to complete our sentencing investigation. Defense counsel had Ms. DiPina evaluated for the purposes of sentencing and is now in receipt of that evaluation. Counsel will need the requested time to review the report and incorporate it into the sentencing memoranda.

Respectfully submitted
Michael Robitaille
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Adi Goldstein, Assistant United States Attorney, on August 26, 2008.

/s/ Kevin J. Fitzgerald